TRACY A. AGRALL (State Bar No. 100013)
TRACY A. AGRALL, Attorney at Law
P.O. Box 27337
Fresno, CA 93729-7337
Telephone: (559) 299-1135
Email: tagrall@agrall-law.com

Attorneys for Defendant CONNOR MARKETING, INC.

UNITIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO RIMINI (FURNITURE) LIMITED, a United Kingdom company,<br><br>　　　　　Plaintiff,<br>　v.<br>CONNOR MARKETING, INC. a California Corporation,<br><br>　　　　　Defendant. | Case No. 1:14-CV-01906<br><br>**STIPULATION TO EXTEND TIME TO RESPOND and ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, that Defendant Connor Marketing, Inc., is hereby granted an extension of time to respond to the complaint filed herein up to and including January 16, 2015. Due to newly discovered information, the parties wish to explore settlement.  The additional time will allow the parties to do so.

Dated: January 9, 2015　　　　　Carlsmith Ball LLP

　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　James Polish
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, BRUNO RIMINI
　　　　　　　　　　　　　　　　　(FURNITURE) LIMITED

-1-

Dated: January 8, 2015

/S/_____
Tracy A. Agrall, Attorney for Defendant Connor Marketing, Inc.

ORDER

IT IS SO ORDERED.

Dated:   **January 9, 2015**

_____
UNITED STATES MAGISTRATE JUDGE