UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRUNO RIMINI (FURNITURE) LIMITED, a United Kingdom company,<br><br>          Plaintiff,<br><br>     v.<br><br>CONNOR MARKETING, INC., a California Corporation,<br><br>          Defendant,<br><br>AND RELATED COUNTERCLAIMS. | CIV. NO. 1:14-01906 WBS SAB<br><br>ORDER RE: MOTION TO DISMISS COUNTERCLAIMS |

----oo0oo----

Plaintiff Bruno Rimini (Furniture) Limited moves to dismiss defendant Connor Marketing, Inc.'s counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted.  (Docket No. 22.)  On March 10, 2015, defendant filed a notice of non-opposition to plaintiff's motion pursuant to Local Rule 230(c).  (Docket No. 27.)

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's
2 | motion to dismiss counterclaims be, and the same hereby is,
3 | GRANTED.
4 | Defendant Connor Marketing, Inc. has twenty days from
5 | the date this Order is signed to file amended counterclaims if it
6 | chooses to do so.
7 | Dated:  March 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE