TRACY A. AGRALL (State Bar No. 100013)
TRACY A. AGRALL, Attorney at Law
P.O. Box 27337
Fresno, CA 93729-7337
Telephone: (559) 299-1135
Email: tagrall@agrall-law.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO RIMINI (FURNITURE) LIMITED, a United Kingdom company,<br><br>Plaintiff,<br>v.<br>CONNOR MARKETING, INC. a California Corporation,<br><br>Defendant. | Case No. 1:14-CV-01906 WBS SAB<br><br>**STIPULATION TO EXTEND TIME FOR HEARING ON PLAINTIFF BRUNO RIMINI (FURNITURE) LIMITED'S MOTION FOR SUMMARY JUDGMENT AND ORDER**<br><br>Date:   June 29, 2015<br>Time:  2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. Wm. B. Shubb<br><br>Pretrial Conference: July 16, 2016<br>Trial Date: September 13, 2016 |

IT IS HEREBY STIPULATED, by and between the parties, that the date for the hearing on Plaintiff Bruno Rimini (Furniture) Limited's Motion for Summary Judgment, currently set for June 29, 2015, be changed to **July 24, 2015 at 11:00 a.m.,** or as soon thereafter as the Court may hear the matter.   Defendant's opposition papers will be due on June 23, 2015 and Plaintiff's reply papers will be due on July 2, 2015.

Dated: June 10, 2015.        Carlsmith Ball LLP


By: _____/s/_____
John D. Fowler, Attorneys for Plaintiff, BRUNO RIMINI (FURNITURE) LIMITED

-1-

Dated: June 10, 2015.

                                                   /s/
Tracy A. Agrall, Attorney for Defendant Connor Marketing, Inc.

ORDER

IT IS SO ORDERED.  The motion will be heard on July 24, 2015, at 11:00 a.m., in a courtroom to be designated in the Robert E. Coyle United States Courthouse in Fresno, California.

Dated: June 26, 2015

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME FOR HEARING ON PLAINTIFF BRUNO RIMINI (FURNITURE) LIMITED'S MOTION FOR SUMMARY JUDGMENT AND ORDER