UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRUNO RIMINI (FURNITURE) LIMITED, a United Kingdom company,<br><br>        Plaintiff,<br><br>    v.<br><br>CONNOR MARKETING, INC., a California Corporation,<br><br>        Defendant, | CIV. NO. 1:14-1906 WBS SAB<br><br>ORDER |

----oo0oo----

Plaintiff in this matter moved for partial summary judgment on May 29, 2015, (Docket No. 30), the same day as the deadline to exchange initial disclosures pursuant to the court's April 22, 2015 Scheduling Order, (Docket No. 29). On July 27, 2015, the court denied plaintiff's motion without prejudice and ordered, pursuant to Federal Rule of Civil Procedure 56(d), that all discovery be stayed for a period of six months except to permit the parties to depose seven individuals that defendant

1

identified as having knowledge of facts essential to opposing plaintiff's summary judgment motion.  (Docket No. 41.)

The court ordered that at the expiration of six months or upon completion of the above depositions, whichever occurred first, plaintiff could renew its motion for partial summary judgment.  (Id. at 7.)  If plaintiff chose to renew its motion, discovery would remain stayed until the court ruled on that motion.  (Id.)  The court further vacated all dates relating to discovery set out in its April 22, 2015 Scheduling Order.  (Id. at 6-7.)  The six-month stay of discovery expired on January 27, 2016 and to date, plaintiff has not renewed its motion for partial summary judgment.

Pursuant to the provisions of Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that:

(1) The stay previously ordered on discovery (Docket No. 41) is hereby LIFTED;

(2) The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than June 17, 2016.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 18, 2016;

(3) All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by August 17, 2016.  The word

1           "completed" means that all discovery shall have
2           been conducted so that all depositions have been
3           taken and any disputes relevant to discovery shall
4           have been resolved by appropriate order if
5           necessary and, where discovery has been ordered,
6           the order has been obeyed.  All motions to compel
7           discovery must be noticed on the Magistrate
8           Judge's calendar in accordance with the local
9           rules of this court and so that such motions may
10          be heard (and any resulting orders obeyed) not
11          later than August 17, 2016;
12    (4) All motions, except motions for continuances,
13          temporary restraining orders, or other emergency
14          applications, shall be filed on or before October
15          17, 2016.  All motions shall be noticed for the
16          next available hearing date;
17    (5) The Final Pretrial Conference is reset for January
18          3, 2017 at 1:30 p.m. in Courtroom No. 5;
19    (6) The jury trial is reset for March 7, 2017 at 9:00
20          a.m. in Courtroom No. 5; and
21    (7) Any requests to modify the dates or terms of this
22          Order, except requests to change the date of the
23          trial, may be heard and decided by the assigned
24          Magistrate Judge.  All requests to change the
25          trial date shall be heard and decided only by the
26          undersigned judge.
27    IT IS SO ORDERED.
28

Dated: February 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE