UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNO RIMINI (FURNITURE) LIMITED, a United Kingdom company,<br><br>Plaintiff,<br><br>v.<br><br>CONNOR MARKETING, INC., a California Corporation,<br><br>Defendant. | Case No. 1:14-CV-01906 WBS-SAB<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Pretrial Conference: January 3, 2017<br>Trial Date: March 7, 2017<br>Judge: Hon. William B. Shubb |

Having considered the Stipulation for Dismissal made by and between plaintiff Bruno Rimini (Furniture) Limited and defendant Connor Marketing, Inc. through their designated counsel.

IT IS HEREBY ORDERED that:

(1) The above-captioned action is dismissed in its entirety with prejudice; and

(2) All parties will bear their own attorney's fees and costs.

Dated: October 5, 2016

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4836-4125-1129.1